**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:98-mc-00338    Document 5    Filed 10/26/1998    Page 1 of 1